# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                        :   No. 429
                                              :
DESIGNATION OF VICE-CHAIR OF THE :   MAGISTERIAL RULES DOCKET
MINOR COURT RULES COMMITTEE      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, Magisterial District Judge Margaret A. Hunsicker-Fleischer is hereby designated as Vice-Chair of the Minor Court Rules Committee, commencing January 1, 2019.